IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00225-JAP

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC LOPEZ,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Government's Motion to Disclose Plea Agreement/(s).

HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the government's motion is granted, and that the Plea Agreement/(s) may be disclosed to defendant and his attorney under these conditions:; that only defense counsel, his staff and defendant may view the plea agreement/(s); no copies shall be made; and that at the conclusion of the case defense counsel must return the plea agreement/(s) to government counsel.

DATED this 13th day of February, 2006.

BY THE COURT:

*[signature]*

JAMES A. PARKER, JUDGE
U.S. DISTRICT COURT
DISTRICT OF COLORADO