IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-00225-JAP

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC LOPEZ,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said witness, LINDBERG STEVEN ROOT, before a United States District Court Judge, forthwith, for proceedings and appearances at a trial captioned above, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the above captioned case, thereafter to return the defendant to the institution wherein now confined.

SO ORDERED this 13th day of February, 2006.

JAMES A. PARKER
UNITED STATES DISTRICT COURT JUDGE