IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 05-cr-00225-JAP

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC LOPEZ,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Uncontested Motion to Allow Mr. Lopez to Wear Civilian Clothes at Sentencing Hearing filed June 27, 2006, and after having considered the same, the opinion of the Court is that it should be granted.

It is hereby ORDERED that the Uncontested Motion to Allow Mr. Lopez to Wear Civilian Clothes at Sentencing Hearing filed June 27, 2006, is GRANTED.

Dated this 26th day of July, 2006.

BY THE COURT:

JAMES A. PARKER
U.S. DISTRICT JUDGE