**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00334-JAP
Criminal Action No. 05-cr-00225-JAP

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC LOPEZ,

    Defendant/Movant.

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

Parker, Senior Judge

    Movant has filed an Application for Certificate of Appealability, which is being treated as a notice of appeal, from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

                                     BY THE COURT:

                                  *James A. Parker*
                                  SENIOR UNITED STATES DISTRICT JUDGE