IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                      No. 05-CR-225 JAP

**ERIC R. LOPEZ,**

    **Defendant.**

### ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

Defendant Eric Lopez filed a MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(6) (Doc. No. 175), requesting relief from the restitution he was ordered to pay jointly and severally with others who were charged based on the same events leading to Defendant's conviction. "Motions to reconsider are proper in criminal cases even though the Federal Rules of Criminal Procedure do not specifically provide for them." *United States v. Christy*, 739 F.3d 534, 539 (10th Cir. 2014). Under Rule 60(b)(6), the Court may provide relief from judgment for any reason that is justified. Fed. R. Civ. P. 60(b)(6). But while "Rule 60(b)(6) . . . grants federal courts broad authority to relieve a party from a final judgment upon such terms as are just, . . . it should only be applied in extraordinary circumstances." *Liljeberg v. Health Servs. Acquisition Corp.*, 486 U.S. 847, 863-64 (1988) (internal quotation marks and citations omitted). "A motion to reconsider should not be used to revisit issues already addressed or advance arguments that could have been raised earlier." *Christy*, 739 F.3d at 539. The Court finds that the terms of Defendant's restitution were addressed at his sentencing hearing, and that any argument regarding those terms should have been raised at that time. The Court therefore concludes that relief under Rule 60(b)(6) is not warranted.

THEREFORE, the MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(6) (Doc. No. 175) is DENIED.

Dated this 31st day of March, 2017.

_____
UNITED STATES SENIOR DISTRICT JUDGE